United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10219-pmm |
| Abner Cruz | Chapter 13 |
| Brianna Christina Cruz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 25, 2023 | Form ID: 155 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Abner Cruz, Brianna Christina Cruz, 713 Atlantic St, Bethlehem, PA 18015-3607 |
| 14759657 | + | First Commonwealth Federal Credit Union, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 14751248 | + | First Commonwealth Federal Credit Union, 257 Brodhead Road, Bethlehem, PA 18017-8938 |
| 14756151 | + | PennyMac Loan Service, C/O Michael Farrington, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14752781 | + | Yamaha, PO Box 84240, Sioux Falls, SD 57118-4240 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14751240 | + | Email/PDF: bncnotices@becket-lee.com | May 26 2023 01:16:15 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14762594 | | Email/PDF: bncnotices@becket-lee.com | May 26 2023 01:28:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14751241 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 26 2023 01:12:00 | Apple Card - GS Bank USA, PO Box 7247, Lockbox 6112, Philadelphia, PA 19170-6112 |
| 14751242 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2023 01:12:00 | Bank of America, 4060 Ogletown/Stanton Rd, Newark, DE 19714 |
| 14751243 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 26 2023 01:12:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14751244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:16:01 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14751246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:16:02 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14751245 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2023 01:28:54 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14762979 | + | Email/PDF: ebn_ais@aisinfo.com | May 26 2023 01:16:02 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14751247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:16:18 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14768695 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2023 01:16:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14768584 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 26 2023 01:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14751249 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2023 01:15:49 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14756282 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 26 2023 01:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: 155 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14765850 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 26 2023 01:16:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755775 | ^ | MEBN | | |
| | | | May 26 2023 01:08:13 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14751251 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | May 26 2023 01:12:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 14766973 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | May 26 2023 01:12:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14771229 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 26 2023 01:16:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14764608 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | May 26 2023 01:16:11 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14751250 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | May 26 2023 01:15:49 | Pennymac Loan Services LLC, 6101 Condor Dr - Ste 200, Moorpark, CA 93021-2602 |
| 14751252 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 26 2023 01:16:16 | SYNCB/Lowes, 4125 WindWard Plaza, Alpharetta, GA 30005-8738 |
| 14751253 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 26 2023 01:15:51 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 14751454 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 26 2023 01:27:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14751254 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 26 2023 01:16:12 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14751255 | + | Email/Text: LCI@upstart.com | | |
| | | | May 26 2023 01:12:00 | Upstart Network Inc, 2950 South Delaware St, San Mateo, CA 94403-2580 |
| 14768179 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | May 26 2023 01:15:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14751256 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | May 26 2023 01:16:11 | WF Crd Svc, PO Box 14517, Des Moines, IA 50306-3517 |
| 14763196 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | May 26 2023 01:15:54 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14770912 | | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | | May 26 2023 01:12:00 | Yamaha Motor Finance Corporation, U.S.A., c/o Peritus Portfolio Services II, LLC, P.O. BOX 141419, Irving, TX 75014-1419 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: May 25, 2023 | Form ID: 155 | Total Noticed: 35

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Joint Debtor Brianna Christina Cruz claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Abner Cruz claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Abner Cruz and Brianna Christina Cruz

      Debtor(s)

Chapter: 13

Bankruptcy No: 23−10219−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 25, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Patricia M. Mayer
                                          Judge ,
                                          United States Bankruptcy Court

                                                                    22
                                                             Form 155