Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-10219-PMM**

Abner Cruz  
Brianna Christina Cruz  
713 Atlantic St  
Bethlehem  PA     18015

Petition Filed Date: 01/24/2023  
341 Hearing Date: 02/28/2023  
Confirmation Date: 05/25/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/21/2023 | $125.00 | | 03/20/2023 | $125.00 | | 04/17/2023 | $125.00 | |
| 05/30/2023 | $125.00 | | 06/20/2023 | $125.00 | | 07/17/2023 | $125.00 | |

**Total Receipts for the Period:  $750.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $685.00 | $3,003.00 |
| 1 | CHASE BANK USA NA<br>»» 001 | Unsecured Creditors | $2,216.12 | $0.00 | $2,216.12 |
| 2 | FIRST COMMONWEALTH FCU<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | FIRST COMMONWEALTH FCU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $1,175.20 | $0.00 | $1,175.20 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $602.10 | $0.00 | $602.10 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $1,241.90 | $0.00 | $1,241.90 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»» 008 | Unsecured Creditors | $1,780.91 | $0.00 | $1,780.91 |
| 9 | PENNYMAC  LOAN SERVICES LLC<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $496.68 | $0.00 | $496.68 |
| 11 | PNC BANK<br>»» 011 | Unsecured Creditors | $6,971.72 | $0.00 | $6,971.72 |
| 12 | VERIZON BY AIS AS AGENT<br>»» 012 | Unsecured Creditors | $208.80 | $0.00 | $208.80 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $5,543.33 | $0.00 | $5,543.33 |
| 14 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $522.77 | $0.00 | $522.77 |
| 15 | CITIBANK NA<br>»» 015 | Unsecured Creditors | $2,970.39 | $0.00 | $2,970.39 |

**Chapter 13 Case No. 23-10219-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $1,766.93 | $0.00 | $1,766.93 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $2,234.78 | $0.00 | $2,234.78 |
| 18 | YAMAHA MOTOR FINANCE CORPORATION USA<br>»» 018 | Unsecured Creditors | $1,276.16 | $0.00 | $1,276.16 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $1,441.73 | $0.00 | $1,441.73 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $750.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $685.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $65.00 | Total Plan Base: | $7,500.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.