IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In Re:* | : | Chapter 13 |
| | : | |
| ABNER CRUZ and BRIANNA | : | Docket No. 23-10219 |
| CHRISTINA CRUZ | : | |
| Debtors | : | |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM #3-1**

TO THE CLERK:

Kindly withdraw Proof of Claim #3-1 filed by First Commonwealth Federal Credit Union

on February 23, 2023 in the amount of $7,735.98 as it has been paid in full.

Dated: March 7, 2024                    JOSHAU A. GILDEA

FITZPATRICK LENTZ & BUBBA, P.C.
645 W. Hamilton Street, Suite 800
Allentown, PA  18101
(610) 797-9000


By:___*/s/ Joshua A. Gildea*_____
            Attorney for First Commonwealth Federal
            Credit Union