B2830 (Form 2830)

**L.B.F. 4004-3B**

**UNITED STATES BANKRUPTCY COURT**

**EASTERN District Of PENNSYLVANIA**

In re _____Abner Cruz_____          Case No. _23-10219_

Debtor

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one )*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

O   I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address:

_____

_____

My current employer and my employer's address:

_____

_____

B2830 (Form 2830)

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

Ｘ     I have not claimed an exemption pursuant to § 522(b)(3) and state or local law
(1) in property that I or a dependent of mine uses as a residence, claims as a
homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that
exceeds $214,000* in value in the aggregate.

O     I have claimed an exemption in property pursuant to § 522(b)(3) and state
or local law (1) that I or a dependent of mine uses as a residence, claims as a
homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that
exceeds
$214,000* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these
certifications is true and correct to the best of my knowledge and belief.

Executed on ___03/20/2026___                    _Abner Cruz_____

                  Date                                      Debtor

* Amounts are subject to adjustment on 4/01/28, and every 3 years thereafter with respect to
cases commenced on or after the date of adjustment.