United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10219-pmm |
| Abner Cruz | Chapter 13 |
| Brianna Christina Cruz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 22, 2026 | Form ID: 138OBJ | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Abner Cruz, Brianna Christina Cruz, 713 Atlantic St, Bethlehem, PA 18015-3607 |
| 14751248 | + | First Commonwealth Federal Credit Union, 257 Brodhead Road, Bethlehem, PA 18017-8938 |
| 14756151 | + | PennyMac Loan Service, C/O Michael Farrington, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 23 2026 01:50:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 23 2026 01:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14751240 | + | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 01:52:11 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14762594 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 01:52:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14751241 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 23 2026 01:50:00 | Apple Card - GS Bank USA, PO Box 7247, Lockbox 6112, Philadelphia, PA 19170-6112 |
| 14751242 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 23 2026 01:50:00 | Bank of America, 4060 Ogletown/Stanton Rd, Newark, DE 19714 |
| 14751243 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 23 2026 01:50:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14751244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2026 01:52:09 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14751246 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2026 01:52:09 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14751245 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2026 01:52:11 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14762979 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 23 2026 01:52:14 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14751247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2026 01:52:12 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14768695 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2026 01:52:09 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14759657 | + | Email/Text: debtres@firstcomcu.org | Apr 23 2026 01:50:00 | First Commonwealth Federal Credit Union, PO Box 20450, Lehigh Valley, PA 18002-0450 |

| 14768584 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 23 2026 01:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14751249 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Apr 23 2026 01:52:09 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 14756282 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Apr 23 2026 01:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14765850 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 23 2026 01:52:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755775 | ^ | MEBN | | |
| | | | Apr 23 2026 01:46:51 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14751251 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 23 2026 01:50:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 14766973 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 23 2026 01:50:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14771229 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 23 2026 01:52:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14764608 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Apr 23 2026 01:52:14 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14751250 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Apr 23 2026 01:52:09 | Pennymac Loan Services LLC, 6101 Condor Dr - Ste 200, Moorpark, CA 93021-2602 |
| 14751252 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 23 2026 01:52:14 | SYNCB/Lowes, 4125 WindWard Plaza, Alpharetta, GA 30005-8738 |
| 14751253 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 23 2026 01:52:11 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 14751454 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 23 2026 01:52:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14751254 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 23 2026 01:52:14 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14751255 | + | Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | | Apr 23 2026 01:50:00 | Upstart Network Inc, 2950 South Delaware St, San Mateo, CA 94403-2580 |
| 14768179 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Apr 23 2026 01:52:09 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14751256 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | | Apr 23 2026 01:52:14 | WF Crd Svc, PO Box 14517, Des Moines, IA 50306-3517 |
| 14763196 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | | Apr 23 2026 01:52:14 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14752781 | + | Email/Text: famc-bk@1stassociates.com | | |
| | | | Apr 23 2026 01:50:00 | Yamaha, PO Box 84240, Sioux Falls, SD 57118-4240 |
| 14770912 | | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | | Apr 23 2026 01:50:00 | Yamaha Motor Finance Corporation, U.S.A., c/o Peritus Portfolio Services II, LLC, P.O. BOX 141419, Irving, TX 75014-1419 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-4 | User: admin | Page 3 of 3

Date Rcvd: Apr 22, 2026 | Form ID: 138OBJ | Total Noticed: 37

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Abner Cruz ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Brianna Christina Cruz ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)–doc 35 – 33

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Abner Cruz | ) | Case No. 23–10219–pmm |
| | ) | |
| | ) | |
|     Brianna Christina Cruz | ) | Chapter: 13 |
| | ) | |
|     Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 22, 2026

For The Court

Mohung Wong
Clerk of Court